UNITED STATES DISTRICT COURT **FILED**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DSY

In Re: THE HONORABLE
HARVEY E. SCHLESINGER,
SENIOR UNITED STATES DISTRICT
JUDGE
_____/

2010 MAY 27 A 10: 52

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

3:06-mc-68-J-20 HTS

## ORDER

Following taking of Senior Status, I no longer wish to handle cases with an original request for a temporary restraining order. In other words, when a Complaint is filed, if it seeks a temporary restraining order, I do not want to handle the case.

**DONE AND ENTERED** at Jacksonville, Florida, this 27th day of May, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copy to:
Clerk's Office, Middle District of Florida